# EXHIBIT 1

# DISTRICT COURT OF MARYLAND FOR Charles County

LOCATED AT (COURT ADDRESS)

11 Washington Street
LaPlata, MD 20646

CASE NO.

**CV**

## COMPLAINT/APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT

☒ $5,000 or under ☐ over $5,000 ☐ over $10,000

Clerk: Please docket this case in an action of ☒ **contract** ☐ **tort**
☐ **replevin** ☐ **detinue** ☐ **bad faith insurance claim**

The particulars of this case are:

This is an attempt to collect a debt. Any information received shall be used for that purpose. This is a communication with a debt collector.

PLEASE SEE ATTACHED.

## PARTIES

**Plaintiff**

JSPB Industries, Inc. t/a ServPro of Charles County
4441 Southern Business Park Drive
White Plains, MD 20695 Attn: Shannon James, Agent

### VS.

**Defendant(s):**

1. Aleta Sims
   11209 Carroll Drive
   Waldorf, MD 20601

   Serve by:
   ☐ Certified Mail
   ☒ Private Process
   ☐ Constable
   ☐ Sheriff

2. Marcus Washington
   11209 Carroll Drive
   Waldorf, MD 20601

   Serve by:
   ☐ Certified Mail
   ☐ Private Process
   ☐ Constable
   ☐ Sheriff

3. 
   Serve by:
   ☐ Certified Mail
   ☐ Private Process
   ☐ Constable
   ☐ Sheriff

4. 
   Serve by:
   ☐ Certified Mail
   ☐ Private Process
   ☐ Constable
   ☐ Sheriff

As to DEF #2: Plaintiff claims: Principal - $4,555.47, plus costs; AND

As to DEF #1:

*(See Continuation Sheet)*

The plaintiff claims $ 4555.47, plus interest of $ 1,191.68, interest at the ☐ legal rate ☒ contractual rate calculated at 18 %, from 11/15/18 to 05/01/2020 (532 days x $ 2.24 per day) and attorney's fees of $ 1,125.00 (+) plus court costs. *See attached*

☐ Return of the property and damages of $ ___ for its detention in an action of replevin.
☐ Return of the property, or its value, plus damages of $ ___ for its detention in action of detinue.
☐ Other: ___
and demands judgment for relief.

_(signature)_ 9012180035
Signature of Plaintiff/Attorney/Attorney Code | CPF ID No.

Printed Name: Abraham & Bauer, LLC Susan Affleck Bauer, Esq.
Address: 141 N. Main St., Suite F, Bel Air, MD 21014
Telephone Number: (410) 420-7200
Fax: (410) 420-7202
E-mail: bauerlaw@hotmail.com

## ATTORNEYS

For Plaintiff - Name, Address, Telephone Number & Code

Abraham & Bauer, LLC
Susan Affleck Bauer, Esquire 5226
141 N. Main Street, Suite F
Bel Air, MD 21014
(410) 420-7200 atty file #: 12-4871

## MILITARY SERVICE AFFIDAVIT

☐ Defendant(s) ___ Name ___ is/are in the military service.
☒ No defendant is in the military service. The facts supporting this statement are: Military Affidavit attached

*Specific facts must be given for the Court to conclude that each Defendant who is a natural person is not in the military.*

☐ I am unable to determine whether or not any defendant is in military service.
I hereby declare or affirm under the penalties of perjury that the facts and matters set forth in the aforegoing Affidavit are true and correct to the best of my knowledge, information, and belief.

04/29/2020 _(signature)_
Date | Signature of Affiant

## APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT (See Plaintiff Notice on Back Page)

Attached hereto are the indicated documents which contain sufficient detail as to liability and damage to apprise the defendant clearly of the claim against the defendant, including the amount of any interest claimed.
☐ Properly authenticated copy of any note, security agreement upon which claim is based ☒ Itemized statement of account ☐ Interest worksheet
☐ Vouchers ☐ Check ☐ Other written document ☒ Signed Contract ☐ Verified itemized repair bill or estimate
I HEREBY CERTIFY: That I am the ☐ plaintiff ☒ Shannon James, agent ___ of the plaintiff herein and am competent to testify to the matters stated in this Complaint, which are made on my personal knowledge; that there is justly due and owing by the defendant to the plaintiff the sum set forth in the Complaint.
I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the above Complaint are true and I am competent to testify to these matters.

4/30/2020 _(signature)_
Date | Signature of Affiant

**DC-CV-001 (front) (Rev. 12/2018)**

# NOTICE TO DEFENDANT

## Before Trial

**If you agree that you owe the plaintiff the amount claimed,** you may contact the plaintiff (or plaintiff's attorney) before the trial date to arrange payment. **If you wish to contest the claim,** you should notify the clerk's office by filing a Notice of Intent to Defend (located at the bottom of your summons). The case will be set for trial. If you wish to have your witnesses appear at trial, you should contact the clerk's office at least two weeks before the trial date to request subpoenas, and you should bring to court on the trial date any evidence you want the court to consider. **If you do nothing,** a judgment could be entered against you.

## If Judgment is Entered Against You (If You Lose)

**IF YOU <u>DISAGREE</u> WITH THE COURT'S RULING,** you may:

1. **APPEAL** to the circuit court, by filing a Notice of Appeal in the District Court within **30 days** after the entry of judgment. You will have to pay a filing fee (see Guide to Appeal Fees, DCA-109A), unless the court determines that you are indigent. If the amount of the claim, not counting court costs, interest, and attorney's fees, is:

   - **more than $5,000,** you will also have to order and pay for a transcript of the District Court trial record, by contacting the District Court clerk's office (see Transcripts & Recordings Brochure, DCA-027BR).

   - **$5,000 or less,** you will have a new trial in the circuit court.

   On your trial date you should bring with you any evidence that you want the court to consider.

2. File a **MOTION FOR A NEW TRIAL** within **10 days** after the entry of judgment, stating your reasons clearly. If the court denies your motion, you may still file an appeal; if the court grants your motion, you must appear in the District Court for a new trial.

3. File a **MOTION TO ALTER OR AMEND THE JUDGMENT** within **10 days** after entry of judgment.

4. File a **MOTION TO REVISE OR VACATE THE JUDGMENT** within **30 days** after entry of judgment.

**IF YOU DECIDE <u>NOT</u> TO APPEAL AND <u>NOT</u> TO FILE ONE OF THE ABOVE MOTIONS,** you may contact the plaintiff or plaintiff's attorney to arrange to pay the amount owed. If you do not pay the amount owed, the plaintiff or plaintiff's attorney may initiate further proceedings to enforce the judgment, including:

1. **Interrogatories:** You must answer these written questions about your income and assets in writing under penalties of perjury.

2. **Oral Examination:** You must appear in court to testify in response to questions about your assets and income.

3. **Writ of Execution:** The court may issue a writ requiring the sale or seizure of any of your possessions except, with some exceptions, property that is exempt from execution. The exemptions are explained in detail on the reverse side of the Writ of Execution form, DC-CV-040. Further, the court could order you to pay additional expenses such as towing, moving, storage fees, advertising costs, and auctioneer's fees incurred in executing the writ.

4. **Garnishment of Property:** The court may issue a writ ordering a bank or other agent to hold your assets until further court proceedings.

5. **Garnishment of Wages:** The court may issue a writ ordering your employer to withhold a portion of your wages to pay your debt. The law provides certain exemptions from garnishment.

**If you have any questions, you should consult an attorney. The clerk of the court is not permitted to give you legal advice. More information can be found in court brochures located in the clerk's office or online at: http://www.mdcourts.gov/district/public_brochures.html.**

# NOTICE TO PLAINTIFF

## REQUESTING A JUDGMENT BY AFFIDAVIT OR DEFAULT:

Federal Law requires the filing of a military service affidavit. Information about the Servicemembers Civil Relief Act and the required affidavit can be found on the court's website at: http://mdcourts.gov/reference/scra.html.

## AFTER THE COURT ENTERS A JUDGMENT:

1. If the court enters a judgment for a sum certain, you have the right to file for a lien on real property.

2. If you disagree with the outcome of the case, you have the same post-trial rights as the defendant does: you may file an Appeal, a Motion for New Trial, a Motion to Alter or Amend the Judgment or a Motion to Revise or Vacate the Judgment. See above for further information concerning these rights.

**DC-CV-001** (back) (Rev. 12/2018)

Department of Defense Manpower Data Center



**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

SSN: XXX-XX-0841
Birth Date: Apr-XX-1980
Last Name: SIMS
First Name: ALETA
Middle Name:
Status As Of: Apr-03-2020
Certificate ID: TN6ZJ9MN6NN7J4H

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Michael V. Sorrento*

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA 93955



## Status Report
## Pursuant to Servicemembers Civil Relief Act

SSN: XXX-XX-4941
Birth Date: Oct-XX-1980
Last Name: WASHINGTON
First Name: MARCUS
Middle Name:
Status As Of: May-06-2020
Certificate ID: 1500BYZ2M7NDTLN

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA 93955

## STATEMENT OF FACTS

### COUNT I

1.  Defendant(s) are the Owners of certain property known as 11209 Carroll Drive, Waldorf, Charles County, Maryland (the "Property.") (*See*, **Exhibit #1,** SDAT Real Property Printout.)

2.  Defendant(s) entered into and signed an Agreement(s) with the Plaintiff concerning the rendering of services, labor, goods, materials, etc. by the Plaintiff to the Defendant(s). (*See*, **Exhibit #2,** Agreement.)

3.  The general scope of work requested to be performed was provided to Defendant(s) and the work was performed at the Defendant(s)' request by Plaintiff. (*See*, **Exhibit #3.)**

4.  Plaintiff's fees for such goods, services, materials, etc. which remain after any payments made by the Defendant(s) total the principal amount of **$4,555.47** as set forth in the attached itemized statement(s). (*See*, **Exhibits #3 and #4,** Invoice.)

5.  In addition to the principal amount due and owing, the signed agreement between the parties expressly states that in the event of default of payment, the Plaintiff has the right to impose finance charges at the stated rate of 1 ½% per month (18% per year) and reasonable Attorney Fees both of which are calculated herein and claimed as follows:

| | | |
|---|---|---|
| Finance Charges: | $ 1,191.68 | (Thru 04/30/2020) |
| Attorney Fees: | $ 1,125.00 | (Up to maximum: $1,800.00) |

6.  Plaintiff has made numerous requests for payment in full of the amounts claimed herein, but Defendant(s) have failed to pay and the amounts claimed which remain due and owing by the Defendant(s) to the Plaintiff.

WHEREFORE, the Plaintiff sues the Defendant(s), **ALETA SIMS aka WASHINGTON,** jointly and severally, for breach of his/her/their agreement with the Plaintiff whereby Plaintiff requests judgment against the said Defendant(s) for damages in the amounts of: Principal: **$4,555.47**, Interest/Finance Charges: **$1,191.68** (thru 04/30/20 and continuing through date of judgment at the contractual rate [$2.24 per day]), Attorney Fees: **$1,125.00** (up to maximum of $1,800.00**), plus court costs and post-judgment interest at the legal rate.

### COUNT II

7.  Plaintiff incorporates herein by reference all averments made in Count I as if more fully stated hereinbelow.

8.  The Defendant(s), MARCUS WASHINGTON, was and continues to be a Co-Owner of the Property, with Co-Defendant, ALETA SIMS aka WASHINGTON, and (upon information and belief) was residing at the subject property at all times pertinent to the Complaint.

9.  Defendant(s) requested the goods, materials and services of the Plaintiff relating to water damage remediation.

10. The Defendant(s) knew water damage had occurred where they were residing and, as a result, water damage restoration services were provided by the Plaintiff to the Defendant(s) at their request. (*See*, **Exhibits #2, #3 and #4,** attached.)

11. The Defendant(s) knew and/or should have known the services, labor, goods, etc. have a value to them and that Plaintiff expected payment for that value.

12. As a result of the goods, services and materials which have been rendered to the Defendant(s) by the Plaintiff, the Defendant(s) have benefited from same and the Defendant(s)' real property has increased in value to the extent of those, goods, services and materials have been rendered.

13. Plaintiff's fees for such goods, services, materials, etc. which remain after any payments made by the Defendants total the principal amount of **$4,555.47** as set forth in the attached itemized statement(s) (*See*, **Exhibits #3 and #4.**)

14. Plaintiff has made request for payment in full of the amounts claimed herein, but Defendant(s) have failed to pay as requested and the amounts claimed remain due and owing.

WHEREFORE, the Plaintiff requests judgment be entered in favor of the Plaintiff as against Defendant, **MARCUS WASHINGTON,** jointly and severally, for those damages sustained by Plaintiff in the following amounts: Principal: **$4,555.47,** court costs and post-judgment interest at the legal rate.

Respectfully Submitted,
ABRAHAM & BAUER, LLC

By: Susan Affleck Bauer, Esquire    (5226)
141 N. Main Street, Ste. F
Bel Air, Maryland  21014
(410) 420-7200/ #9012180035
Attorney for the Plaintiff / #12-4871
bauerlaw@hotmail.com

2

THIS IS AN ATTEMPT TO COLLECT A DEBT.  ANY INFORMATION RECEIVED SHALL BE USED FOR THAT PURPOSE. THIS IS A COMMUNICATION WITH A DEBT COLLECTOR.

Real Property Data Search

Search Result for CHARLES COUNTY

| View Map | View GroundRent Redemption | View GroundRent Registration |
|---|---|---|

**Special Tax Recapture:** None

**Account Identifier:** **District - 06 Account Number - 043216**

## Owner Information

| | | |
|---|---|---|
| **Owner Name:** | WASHINGTON MARCUS MARCELL<br>SIMS ALETA LYNETTE | **Use:** RESIDENTIAL<br>**Principal Residence** YES |
| **Mailing Address:** | 11209 CARROLL DR<br>WALDORF MD 20601- | **Deed Reference:** /10256/ 00248 |

## Location & Structure Information

| | | |
|---|---|---|
| **Premises Address:** | 11209 CARROLL DR<br>WALDORF 20601-0000 | **Legal Description:** LOT 9 SEC 4<br>SPRINGHAVEN SUB |

| Map: | Grid: | Parcel: | Neighborhood: | Subdivision: | Section: | Block: | Lot: | Assessment Year: | Plat No: 12 100 |
|---|---|---|---|---|---|---|---|---|---|
| 0008 | 0008 | 0544 | 6090002.09 | 6803 | 4 | | 9 | 2019 | Plat Ref: |

**Town:** None

| Primary Structure Built | Above Grade Living Area | Finished Basement Area | Property Land Area | County Use |
|---|---|---|---|---|
| 1970 | 1,344 SF | 1050 SF | 20,037 SF | |

| Stories | Basement | Type | Exterior | Quality | Full/Half Bath | Garage | Last Notice of Major Improvements |
|---|---|---|---|---|---|---|---|
| Split Foyer | YES | SPLIT FOYER | BRICK/ | 3 | 3 full | 1 Carport | |

## Value Information

| | Base Value | Value<br>As of 01/01/2019 | Phase-in Assessments<br>As of 07/01/2019 | As of 07/01/2020 |
|---|---|---|---|---|
| Land: | 90,700 | 96,700 | | |
| Improvements | 149,100 | 216,300 | 264,200 | 288,600 |
| Total: | 239,800 | 313,000 | | 0 |
| Preferential Land: | 0 | | | |

## Transfer Information

| | | |
|---|---|---|
| **Seller:** KMW PROPERTY MANAGEMENT LLC<br>**Type:** ARMS LENGTH IMPROVED | **Date:** 05/08/2018<br>**Deed1:** /10256/ 00248 | **Price:** $325,000<br>**Deed2:** |
| **Seller:** CITIMORTGAGE INC<br>**Type:** NON-ARMS LENGTH OTHER | **Date:** 05/03/2017<br>**Deed1:** /09815/ 00033 | **Price:** $209,000<br>**Deed2:** |
| **Seller:** NEWMAN GABLE<br>**Type:** NON-ARMS LENGTH OTHER | **Date:** 11/30/2016<br>**Deed1:** /09624/ 00056 | **Price:** $194,022<br>**Deed2:** |

## Exemption Information

| Partial Exempt Assessments: | Class | 07/01/2019 | 07/01/2020 |
|---|---|---|---|
| County: | 000 | 0.00 | |
| State: | 000 | 0.00 | |
| Municipal: | 000 | 0.00|0.00 | 0.00|0.00 |

**Special Tax Recapture:** None

## Homestead Application Information

**Homestead Application Status:** Approved 07/26/2018

EXHIBIT # 1

## SERVPRO®      Authorization to Perform Services

| | | | |
|---|---|---|---|
| Customer Name: | Aleta Sims | Date of Loss: | 10/11/2018 |
| Loss Address: | 11209 Carroll Dr | | |
| City: | Waldorf | State: MD | Zip: 20601 |
| Insurance Company: | Stillwater Insurance | Claim Number (if available): | 577558 |

The undersigned Customer, being the building owner, owner's representative, or resident, authorizes the Provider identified below to perform any and all necessary cleaning and/or restoration services on Customer's property located at the property address above, and with respect to items that need to be cleaned at a remote location, to remove and clean such items as necessary.

Customer authorizes _____Stillwater Insurance_____ Insurance Company, herein referred to as "Insurance Company," to pay Provider solely and directly for that portion of the work covered by Customer's insurance policy.

If, for any reason, Customer receives a check from Insurance Company made payable to Customer, Customer agrees to pay Provider immediately upon receipt of the check.

Customer agrees to pay Customer's deductible in the amount of $ To Be Determined that applies to this claim. If any amounts owing to Provider for Provider's services are not covered by insurance, Customer agrees to pay those amounts to Provider within fifteen (15) days of Customer's receipt of invoice. It is fully understood that Customer and its agents, successors, assigns, and heirs are personally responsible for any and all deductibles and any costs not covered by insurance. Interest and finance charges will be charged at the maximum allowable by law, or at 1.5% per month, whichever is less, on accounts over thirty (30) days past due. Time is of the essence.

Customer agrees that Provider is working for the Customer and not Customer's insurance company or any agent/adjuster.

Property Owned By:    Aleta Sims

Remarks: _____

**I HAVE READ THIS AUTHORIZATION TO PERFORM SERVICES, INCLUDING THE TERMS AND CONDITIONS OF SERVICE ON THE NEXT PAGE HEREOF, AND AGREE TO SAME.**

Customer Reviewed *Customer Information Form*:   O Y   O N

| | | | |
|---|---|---|---|
| Customer's Signature: | *[signature]* | Provider's Signature: | *[signature]* |
| Printed Name: | Aleta Sims | Franchise Legal Name: | JSPB Industries, Inc. |
| Date: | 10/12/2018 | d/b/a SERVPRO® of: | Charles County |
| E-mail Address: | | Date: | 10/12/2018 |
| | | Contractor License #: | |

©SERVPRO® INTELLECTUAL PROPERTY, Inc.    ALL RIGHTS RESERVED   FE-051707 1.0      28001   05/16

*Each SERVPRO® Franchise is Independently Owned and Operated.*

EXHIBIT # 2

## Authorization to Perform Services

### Terms and Conditions of Service
### R E A D   C A R E F U L L Y
**Note: This Contract includes a limitation of liability and limitation of remedies.**

1. SERVPRO® is one of the largest nationwide Cleaning and Restoration Franchise Systems in the United States. The SERVPRO® Franchise owner identified on the front of this Contract (the "Provider") is an independent contractor who agrees to perform the services identified on the front of this Contract (the "Services"). Client agrees to purchase, receive, and pay for the Services pursuant to the terms and conditions of this Contract. Servpro Industries, Inc., the Franchisor, is not a party to any agreement with Client, is not a guarantor of the Provider's Services, and is not subject to liability arising out of such Services.

2. Provider's performance of the Services is limited by, among other things, the preexisting conditions and characteristics of the premises, material, fabrics, furniture, and/or other items. PROVIDER EXPRESSLY DISCLAIMS ANY RESPONSIBILITY OR LIABILITY FOR ANY PREEXISTING CONDITIONS. Client shall retain responsibility and shall be liable for all effects of and costs necessary to correct such conditions, including, by way of example and not limitation, the conditions identified below:

   (a) Provider may, in its sole discretion, pre-test materials for removability of spots or stains; dye or color fastness; shrinkage; fading; adhesive breakdown; or other problems. It is not always possible to determine these conditions in advance. PROVIDER DOES NOT GUARANTEE SPOT OR STAIN REMOVAL AND COLOR-FASTNESS OR PREVENTION OF SHRINKAGE, FADING, OR ADHESIVE BREAKDOWN.

   (b) Provider DOES NOT GUARANTEE that wall and ceiling cleaning will restore the original color to painted surfaces.

   (c) Not all fabrics are conducive to cleaning. Provider shall use reasonable efforts to advise Client of any adverse effects which may be reasonably foreseen due to the nature of the fabric or material involved. PROVIDER DOES NOT GUARANTEE THAT SUCH MATERIALS CAN BE CLEANED OR THAT THERE WILL BE NO ADVERSE EFFECTS FROM ANY ATTEMPT TO CLEAN SUCH FABRICS.

   (d) A variety of materials are used in the manufacturing, upholstery and/or installation process. These materials include backing, lining, tacks, or other unknown substances that may cause discoloration or other adverse effects to the face material. Client acknowledges that it is impossible to determine when such adverse effects may occur and PROVIDER DOES NOT GUARANTEE AGAINST SUCH ADVERSE EFFECTS.

   (e) Client acknowledges and agrees that mold is commonly found throughout the environment and that it is impossible to eradicate mold. PROVIDER DOES NOT GUARANTEE THE REMOVAL OR ERADICATION OF MOLD.

   (f) Client acknowledges and agrees that limited photographs or video of the damage and cause may be made solely for work process and insurance claims purposes.

3. PROVIDER SPECIFICALLY DISCLAIMS ANY AND ALL OTHER WARRANTIES AND ALL IMPLIED WARRANTIES (EITHER IN FACT OR BY OPERATION OF LAW) INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE OR ANY IMPLIED WARRANTY ARISING OUT OF A COURSE OF DEALING, CUSTOM OR USAGE OF TRADE. THIS CONTRACT PROVIDES FOR THE PROVISION OF SERVICES AND DOES NOT PROVIDE FOR A SALE OF GOODS.

4. Limitation of Liability: IN NO EVENT SHALL PROVIDER, ITS OWNERS, ANY OFFICERS, DIRECTORS, EMPLOYEES, OR AGENTS, FRANCHISOR, OR AFFILIATES BE RESPONSIBLE FOR INDIRECT, SPECIAL, NOMINAL, INCIDENTAL, PUNITIVE OR CONSEQUENTIAL LOSSES OR DAMAGES, OR FOR ANY PENALTIES, REGARDLESS OF THE LEGAL OR EQUITABLE THEORY ASSERTED, INCLUDING CONTRACT, NEGLIGENCE, WARRANTY, STRICT LIABILITY, STATUTE OR OTHERWISE, EVEN IF IT HAD BEEN AWARE OF THE POSSIBILITY OF SUCH DAMAGES OR THEY ARE FORESEEABLE; OR FOR CLAIMS BY A THIRD PARTY. THE MAXIMUM AGGREGATE LIABILITY SHALL NOT EXCEED THREE TIMES THE AMOUNT PAID BY CUSTOMER FOR THE SERVICES OR ACTUAL PROVEN DAMAGES, WHICHEVER IS LESS. IT IS EXPRESSLY AGREED THAT CUSTOMER'S REMEDY EXPRESSED HEREIN IS CUSTOMER'S EXCLUSIVE REMEDY. THE LIMITATIONS SET FORTH HEREIN SHALL APPLY EVEN IF ANY OTHER REMEDIES FAIL OF THEIR ESSENTIAL PURPOSE. Some states/countries do not allow the exclusion or limitation of incidental or consequential damages, so the above may not apply to you.

5. Should Provider bring legal action to collect monies due under the Contract or should the matter be turned over for collection, Provider shall be entitled, to the fullest extent permitted under law, to reasonable legal fees and costs of any such collection attempt, in addition to any other amounts owed by Client. This attorney fee provision shall not be effective or enforceable in jurisdictions where attorney fee provisions are made reciprocal or invalid by operation of law. Consent is hereby given for filing of mechanic's liens by Provider for the work described in this contract on the property on which the work is performed if Provider is not paid.

6. Any labor, materials or other work beyond that identified in this Contract shall require a written amendment to this Contract and will result in additional charges.

7. Any claim by Client for faulty performance, for nonperformance or breach under this Contract for damages shall be made in writing to Provider within sixty (60) days after completion of services. Failure to make such a written claim for any matter which could have been corrected by Provider shall be deemed a waiver by Client. NO ACTION, REGARDLESS OF FORM, RELATING TO THE SUBJECT MATTER OF THIS CONTRACT MAY BE BROUGHT MORE THAN ONE (1) YEAR AFTER THE CLAIMING PARTY KNEW OR SHOULD HAVE KNOWN OF THE CAUSE OF ACTION.

8. A failure of either party to exercise any right provided for herein shall not be deemed to be a waiver of any right hereunder.

9. CLIENT AND PROVIDER EACH WAIVE THEIR RESPECTIVE RIGHTS TO A TRIAL BY JURY WITH RESPECT TO ANY AND ALL CLAIMS OR CAUSES OF ACTION (INCLUDING COUNTERCLAIMS) RELATED TO OR ARISING OUT OF OR IN ANY WAY CONNECTED TO THIS CONTRACT AND AGREE THAT ANY CLAIM OR CAUSE OF ACTION WILL BE TRIED BY A COURT TRIAL WITHOUT A JURY.

10. If any provision of this Contract is found to be ineffective, unenforceable or illegal for any reason under present or future laws, such provision shall be fully severable, and this Contract shall be construed and enforced as if such provision never comprised a part of this Contract. The remaining provisions of this Contract shall remain in full force and effect and shall not be affected by the ineffective, unenforceable or illegal provision or by its severance from this Contract.

11. No modification, termination, or attempted waiver of this Contract shall be valid unless in writing and signed by the party against whom the same is sought to be enforced.

**SERVPRO® Franchisees are always looking for motivated employees.**
**SERVPRO's individually owned and operated franchises offer a variety of positions including crew chief, production technician, marketing representative, administrative assistant, and many more.**

28001    05/16

*Each SERVPRO® Franchise is Independently Owned and Operated.*

 **SERVPRO of Charles County**

Franchise #5407
4441 Southern Business Park Drive
White Plains, MD 20695
Phone 301-753-8313  Fax 301-609-4720
Tax ID 52-1496222

| | | |
|---|---|---|
| Insured: | Aleta Sims | Home:  (240) 535-0167 |
| Property: | 11209 Carroll Dr | |
| | Waldorf, MD 20601 | |
| Home: | 11209 Carroll Dr | |
| | Waldorf, MD 20601 | |

Claim Rep.:   Unknown

Estimator:   Carah Pierce                                    Business:  (301) 753-8313
Company:   Servpro Charles County and Oxon Hill
Business:   4441 Southern Business Park Dr.
White Plains, MD 20695

Reference:
Company:   SERVPRO of Charles County

**Claim Number:** 577558            **Policy Number:** CP8027904            **Type of Loss:** Water Damage

Date Contacted:   10/11/2018 8:52 PM
Date of Loss:   10/11/2018 12:00 AM            Date Received:   10/11/2018 8:32 PM
Date Inspected:   10/12/2018 10:00 AM            Date Entered:   10/16/2018 7:42 AM
Date Est. Completed:   10/25/2018 12:53 PM

Price List:   MDSC8X_OCT18
Restoration/Service/Remodel
Estimate:   ALETA_SIMS

EXHIBIT # ___3___



## SERVPRO of Charles County

Franchise #5407
4441 Southern Business Park Drive
White Plains, MD 20695
Phone 301-753-8313 Fax 301-609-4720
Tax ID 52-1496222

ALETA_SIMS

### Job

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 31. Equipment setup, take down, and monitoring (hourly charge) | 3.00 HR | 0.00 | 43.72 | 0.00 | 131.16 |
| 32. Haul debris - per pickup truck load - including dump fees | 2.50 EA | 135.34 | 0.00 | 0.00 | 338.35 |
| | | | | 0.00 | 469.51 |

Totals: Job

### Basement

| Sump | | | Height: 8' |
|---|---|---|---|
| 144.90 SF Walls | | 17.71 SF Ceiling | |
| 162.61 SF Walls & Ceiling | | 17.71 SF Floor | |
| 1.97 SY Flooring | | 18.11 LF Floor Perimeter | |
| 18.11 LF Ceil. Perimeter | | | |

**Door** 2' 6" X 6' 8"     Opens into BEDROOM

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 27. Air mover (per 24 hour period) - No monitoring | 6.00 EA | 0.00 | 25.68 | 0.00 | 154.08 |
| 2 units for 4 days(10/12-10/16) (charge for 3 days) | | | | | |
| 29. Apply anti-microbial agent to more than the floor | 53.94 SF | 0.00 | 0.21 | 0.13 | 11.46 |
| ***Applied antimicrobial to flooring and 2ft up perimeter of room. | | | | | |
| | | | | 0.13 | 165.54 |

Totals: Sump



## SERVPRO of Charles County

Franchise #5407
4441 Southern Business Park Drive
White Plains, MD 20695
Phone 301-753-8313  Fax 301-609-4720
Tax ID 52-1496222



| **Bedroom** | | **Height: 8'** |
|---|---|---|
| 351.62 SF Walls | | 118.19 SF Ceiling |
| 469.81 SF Walls & Ceiling | | 118.19 SF Floor |
| 13.13 SY Flooring | | 43.95 LF Floor Perimeter |
| 43.95 LF Ceil. Perimeter | | |

| | | |
|---|---|---|
| Door | 2' 6" X 6' 8" | Opens into SUMP |
| Window | 3' X 3' | Opens into Exterior |
| Door | 2' 6" X 6' 8" | Opens into HALLWAY |



| **Subroom: Closet (1)** | | **Height: 8'** |
|---|---|---|
| 103.86 SF Walls | | 10.38 SF Ceiling |
| 114.25 SF Walls & Ceiling | | 10.38 SF Floor |
| 1.15 SY Flooring | | 12.98 LF Floor Perimeter |
| 12.98 LF Ceil. Perimeter | | |

| | | |
|---|---|---|
| Door | 2' 6" X 6' 8" | Opens into BEDROOM |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 21. Water extraction from carpeted floor - Category 2 water | 128.58 SF | 0.00 | 0.70 | 0.00 | 90.01 |
| 22. Tear out wet non-salvageable carpet, cut & bag for disp. | 128.58 SF | 0.45 | 0.00 | 0.46 | 58.32 |
| 23. Tear out wet carpet pad and bag for disposal | 128.58 SF | 0.42 | 0.00 | 0.46 | 54.46 |
| 24. Tear out baseboard | 56.94 LF | 0.36 | 0.00 | 0.00 | 20.50 |
| 25. Apply anti-microbial agent to more than the floor | 242.45 SF | 0.00 | 0.21 | 0.58 | 51.49 |
| ***Applied antimicrobial to flooring and 2ft up perimeter of room. | | | | | |
| 26. Air mover (per 24 hour period) - No monitoring | 12.00 EA | 0.00 | 25.68 | 0.00 | 308.16 |
| 4 units for 4 days(10/12-10/16) (charged for 3 days) | | | | | |
| | | | | 1.50 | 582.94 |

Totals: Bedroom



## SERVPRO of Charles County

Franchise #5407
4441 Southern Business Park Drive
White Plains, MD 20695
Phone 301-753-8313  Fax 301-609-4720
Tax ID 52-1496222



| Bedroom2 | | | Height: 8' |
|---|---|---|---|
| 354.67 SF Walls | | 128.49 SF Ceiling | |
| 483.16 SF Walls & Ceiling | | 128.49 SF Floor | |
| 14.28 SY Flooring | | 43.33 LF Floor Perimeter | |
| 49.33 LF Ceil. Perimeter | | | |

| Window | 3' X 3' | Opens into Exterior |
|---|---|---|
| Door | 2' 6" X 6' 8" | Opens into HALLWAY |



| Subroom: Closet (1) | | | Height: 8' |
|---|---|---|---|
| 133.33 SF Walls | | 19.83 SF Ceiling | |
| 153.17 SF Walls & Ceiling | | 19.83 SF Floor | |
| 2.20 SY Flooring | | 15.67 LF Floor Perimeter | |
| 21.67 LF Ceil. Perimeter | | | |

| Door | 6' X 6' 8" | Opens into BEDROOM2 |
|---|---|---|

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 14. Water extraction from carpeted floor - Category 2 water | 148.33 SF | 0.00 | 0.70 | 0.00 | 103.83 |
| 15. Tear out wet non-salvageable carpet, cut & bag for disp. | 148.33 SF | 0.45 | 0.00 | 0.53 | 67.28 |
| 16. Tear out wet carpet pad and bag for disposal | 148.33 SF | 0.42 | 0.00 | 0.53 | 62.83 |
| 17. Tear out baseboard | 59.00 LF | 0.36 | 0.00 | 0.00 | 21.24 |
| 18. Apply anti-microbial agent to more than the floor | 266.33 SF | 0.00 | 0.21 | 0.64 | 56.57 |
| ***Applied antimicrobial to flooring and 2ft up perimeter of room. | | | | | |
| 19. Air mover (per 24 hour period) - No monitoring | 12.00 EA | 0.00 | 25.68 | 0.00 | 308.16 |
| 4 units for 4 days(10/12-10/16) (charged for 3 days) | | | | | |
| 20. Dehumidifier (per 24 hour period) - Large - No monitoring | 3.00 EA | 0.00 | 71.00 | 0.00 | 213.00 |
| 1 unit for 4 days(10/12-10/16) (charged for 3 days) Dri Eaz Revolution | | | | | |
| | | | | 1.70 | 832.91 |

Totals: Bedroom2


Franchise #5407
4441 Southern Business Park Drive
White Plains, MD 20695
Phone 301-753-8313  Fax 301-609-4720
Tax ID 52-1496222



### Rec Room                                                                    Height: 8'

|  |  |
|---|---|
| 652.42 SF Walls | 494.47 SF Ceiling |
| 1,146.89 SF Walls & Ceiling | 472.83 SF Floor |
| 52.54 SY Flooring | 75.83 LF Floor Perimeter |
| 91.08 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| Door | 2' 8" X 6' 8" | Opens into Exterior |
| Window | 5' 2" X 1' 6" | Opens into Exterior |
| Window | 8' 4" X 3' | Opens into Exterior |



### Subroom:  Hallway (3)                                                       Height: 8'

|  |  |
|---|---|
| 386.95 SF Walls | 89.74 SF Ceiling |
| 476.69 SF Walls & Ceiling | 89.74 SF Floor |
| 9.97 SY Flooring | 48.37 LF Floor Perimeter |
| 48.37 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| Door | 2' 6" X 6' 8" | Opens into LAUNDRY_ROOM |
| Door | 2' X 6' 8" | Opens into BATHROOM |
| Missing Wall | 4' 1" X 8' | Opens into REC_ROOM |
| Door | 2' 6" X 6' 8" | Opens into BEDROOM2 |
| Door | 2' 6" X 6' 8" | Opens into BEDROOM |

### Subroom:  Closet (2)                                                        Height: 8'

|  |  |
|---|---|
| 80.12 SF Walls | 6.02 SF Ceiling |
| 86.14 SF Walls & Ceiling | 6.02 SF Floor |
| 0.67 SY Flooring | 10.02 LF Floor Perimeter |
| 10.02 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| Door | 2' X 6' 8" | Opens into REC_ROOM |



# SERVPRO of Charles County

Franchise #5407
4441 Southern Business Park Drive
White Plains, MD 20695
Phone 301-753-8313  Fax 301-609-4720
Tax ID 52-1496222

**CONTINUED - Rec Room**



**Subroom: Stairs (1)**                                                    Height: 8'

| | 64.00 SF Walls | 2.64 SF Ceiling |
| | 66.64 SF Walls & Ceiling | 2.64 SF Floor |
| | 0.29 SY Flooring | 8.00 LF Floor Perimeter |
| | 8.00 LF Ceil. Perimeter | |

**Missing Wall - Goes to Floor**          **3' 2" X 6' 8"**        **Opens into REC_ROOM**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 4.  Water extraction from carpeted floor - Category 2 water | 559.23 SF | 0.00 | 0.70 | 0.00 | 391.46 |
| 5.  Tear out wet non-salvageable carpet, cut & bag for disp. | 559.23 SF | 0.45 | 0.00 | 2.01 | 253.66 |
| 6.  Tear out wet carpet pad and bag for disposal | 559.23 SF | 0.42 | 0.00 | 2.01 | 236.89 |
| 7.  Tear out baseboard | 142.22 LF | 0.36 | 0.00 | 0.00 | 51.20 |
| 8.  Apply anti-microbial agent to more than the floor | 855.67 SF | 0.00 | 0.21 | 2.05 | 181.74 |
| ***Applied antimicrobial to flooring and 2ft up perimeter of room. | | | | | |
| 9.  Air mover (per 24 hour period) - No monitoring | 30.00 EA | 0.00 | 25.68 | 0.00 | 770.40 |
| 10 units for 4 days(10/12-10/16) (charged for 3 days) | | | | | |
| 10.  Dehumidifier (per 24 hour period) - Large - No monitoring | 3.00 EA | 0.00 | 71.00 | 0.00 | 213.00 |
| 1 unit for 4 days(10/12-10/16) (charged for 3 days) Dri Eaz Revolution | | | | | |
| 28.  Dehumidifier (per 24 hour period) - No monitoring | 3.00 EA | 0.00 | 51.16 | 0.00 | 153.48 |
| 1 unit for 4 days(10/12-10/16) (charged for 3 days) Dri Eaz Revolution (charged for small dehu) | | | | | |
| | | | | 6.07 | 2,251.83 |

Totals: Rec Room



**Bathroom**                                                                Height: 8'

| | 190.25 SF Walls | 43.43 SF Ceiling |
| | 233.68 SF Walls & Ceiling | 31.14 SF Floor |
| | 3.46 SY Flooring | 17.58 LF Floor Perimeter |
| | 27.50 LF Ceil. Perimeter | |

**Door**                          **2' X 6' 8"**          **Opens into HALLWAY**

ALETA_SIMS


Franchise #5407
4441 Southern Business Park Drive
White Plains, MD 20695
Phone 301-753-8313  Fax 301-609-4720
Tax ID 52-1496222

## CONTINUED - Bathroom

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 11. Tear out baseboard | 17.58 LF | 0.36 | 0.00 | 0.00 | 6.33 |
| 12. Apply anti-microbial agent to more than the floor perimeter | 35.17 SF | 0.00 | 0.21 | 0.08 | 7.47 |
| ***Applied antimicrobial to flooring and 2ft up perimeter of room. | | | | | |
| 13. Air mover (per 24 hour period) - No monitoring | 6.00 EA | 0.00 | 25.68 | 0.00 | 154.08 |
| 2 units for 4 days(10/12-10/16) (charged for 3 days) | | | | | |

| | | | | TAX | TOTAL |
|---|---|---|---|---|---|
| Totals: Bathroom | | | | 0.08 | 167.88 |



**Laundry Room**                                                                 Height: 8'

545.67 SF Walls
739.65 SF Walls & Ceiling
20.44 SY Flooring
70.83 LF Ceil. Perimeter

193.98 SF Ceiling
183.99 SF Floor
63.83 LF Floor Perimeter

**Door**          2' 6" X 6' 8"          **Opens into HALLWAY**
**Window**        5' 2" X 1' 6"          **Opens into Exterior**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 1. Apply anti-microbial agent to part of the floor | 36.80 SF | 0.00 | 0.21 | 0.09 | 7.82 |
| ***Applied antimicrobial to affected flooring. | | | | | |
| 3. Air mover (per 24 hour period) - No monitoring | 3.00 EA | 0.00 | 25.68 | 0.00 | 77.04 |
| 1 unit for 4 days(10/12-10/16) (charged for 3 days) | | | | | |

| | TAX | TOTAL |
|---|---|---|
| Totals: Laundry Room | 0.09 | 84.86 |
| Total: Basement | 9.57 | 4,085.96 |
| Line Item Totals: ALETA_SIMS | 9.57 | 4,555.47 |



# SERVPRO of Charles County

Franchise #5407
4441 Southern Business Park Drive
White Plains, MD 20695
Phone 301-753-8313  Fax 301-609-4720
Tax ID 52-1496222

## Grand Total Areas:

| | | |
|---|---|---|
| 3,007.79 SF Walls | 1,124.90 SF Ceiling | 4,132.69 SF Walls and Ceiling |
| 1,080.97 SF Floor | 120.11 SY Flooring | 357.68 LF Floor Perimeter |
| 0.00 SF Long Wall | 0.00 SF Short Wall | 401.85 LF Ceil. Perimeter |
| | | |
| 1,080.97 Floor Area | 1,220.29 Total Area | 3,007.79 Interior Wall Area |
| 1,480.50 Exterior Wall Area | 164.50 Exterior Perimeter of Walls | |
| | | |
| 0.00 Surface Area | 0.00 Number of Squares | 0.00 Total Perimeter Length |
| 0.00 Total Ridge Length | 0.00 Total Hip Length | |



# SERVPRO of Charles County

Franchise #5407
4441 Southern Business Park Drive
White Plains, MD 20695
Phone 301-753-8313  Fax 301-609-4720
Tax ID 52-1496222

## Summary for PlaceHolder1

| | |
|---|---:|
| Line Item Total | 4,545.90 |
| Material Sales Tax | 9.57 |
| **Replacement Cost Value** | **$4,555.47** |
| **Net Claim** | **$4,555.47** |

Carah Pierce

N

Fireplace (B)

Rec Room

Tile (A2)

Closet (C)

Stairs (D)

Bedroom2

Closet (I)

Hallway (3)

Bathroom

Shower (B1)

Bedroom

Laundry Room

Sump

Closet

Cab (B1)

ALETA_SIMS

**SERVPRO®**

**Charles County / Oxon Hill**

EIN: 52-1496222
4441 Southern Business Park Drive
White Plains, MD 20695
301-753-8313

| Date | Invoice # |
|---|---|
| **10/25/2018** | **4995403** |

| Bill To |
|---|
| Aleta Sims<br>11209 Carroll Dr.<br>WALDORF, MD 20601 |

| Job Location |
|---|
| 11209 Carroll Dr.<br>WALDORF, MD 20601 |

| Job Date | Rep | Terms |
|---|---|---|
| 10/25/2018 | | |

| Item | Description | Amount |
|---|---|---|
| Water Residential | Water Damage Restoration Residential job: | 4,555.47<br>0.00 |

| | |
|---|---|
| **Total** | **$4,555.47** |
| **Payments/Credits** | $0.00 |
| **Balance Due** | **$4,555.47** |

*Each SERVPRO® Franchise is Independently Owned and Operated*

EXHIBIT #_____ 4

**ATTORNEY FEES AFFIDAVIT**

Undersigned counsel for the Plaintiff files this affidavit in support of the request for an award of Attorney Fees in favor of the Plaintiff as against the Defendant(s) in this matter and states the following taking into consideration Rules 2-701 et. seq. and 3-741:

1. I, Susan Affleck Bauer, Esquire, am duly admitted to the Bar as an attorney by of the Court of Appeals of Maryland, and entitled to practice law in the State of Maryland. My firm represents the Plaintiff in this action and I am the attorney who primarily provided services related to this action.

2. I am competent to testify concerning the information relating to attorney fees incurred by the Plaintiff in this action and the information contained in the foregoing complaint is based on and accurately reflects information contained in the business records of the client and my offices in the ordinary course of business.

3. The amount charged the Defendant(s) for services in this matter is a contingent fee based on the terms of the contract (and other agreements, as applies) agreed to and signed by the Defendant(s).

4. The amount charged for services provided to the Plaintiff are reasonable based on the time and labor required, the amounts claimed (originally and as provided for in the signed agreement[s]), the novelty and difficulty of the legal questions involved, and the requisite skill to perform the services. The fees are believed to be comparable to those customarily charges for these types of services in the locality and based on counsel's experience of +25 years and hourly rate (i.e.$400.00.)

5. The length of the relationship between Plaintiff and their counsel is approximately _±3_ years: Counsel and the client/Plaintiff have mutual respect and appreciation for the skills and opinions each possesses.

I hereby certify that the information contained above is true and accurate to the best of my knowledge, information and belief under penalties of perjury.

_____
Susan Affleck Bauer, Esquire
ABRAHAM & BAUER, LLC
141 North Main Street, Ste. F
Bel Air, Maryland 21014
Counsel for Plaintiff / (410) 420-7200
CPF# 9012180035/ bauerlaw@hotmail.com

THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION RECEIVED SHALL BE USED FOR THAT PURPOSE. THIS IS A COMMUNICATION FROM A DEBT COLLECTOR.