# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ALETA WASHINGTON, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>JSPB INDUSTRIES, INC et al<br><br>Defendants. | Case No.: 8:21-cv- 01668-MJM |

## PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF STIPULATION OF SETTLEMENT, APPOINTMENT OF CLASS COUNSEL AND CLASS REPRESENTATIVES, CERTIFICATION OF CLASS FOR SETTLEMENT, SETTING OF FINAL APPROVAL HEARING AND NOTICE

Plaintiff ALETA WASHINGTON, through undersigned counsel, moves this Honorable Court to preliminarily approve the stipulation of settlement, appoint Plaintiffs as class representatives and their counsel as class counsel, certify a settlement class, set a final approval hearing and notice, and in support thereof offer the following:

1. Plaintiff, ALETA WASHINGTON and Defendant JSPB INDUSTRIES, INC, have agreed to resolve this matter by a Settlement Agreement. A copy of the Settlement Agreement is attached as **Exhibit A** to the memorandum submitted in support of this motion.

2. The Settlement Agreement proposes a class consisting of:

    All individuals in Maryland against whom JSPB filed a collection action in Maryland state court more than one year after the Date of Service.

    .

3. The claims to be addressed by the class are:

   Maryland Consumer Debt Collection Act, Maryland Consumer Protection Act, Maryland Door-to-Door Sales Act.

4. The Plaintiff's counsel move to be appointed as class counsel.

5. The Plaintiff believes that the settlement is fair and adequate and that a settlement class should be certified. All of the requirements for a class under Rule 23(a) and (b)(3) are met.

6. A proposed Notice of Class Action (the "Notice") is **Exhibit A-2** to the memorandum filed in support of this motion and the Plaintiff moves that the Notice be approved.

7. A memorandum in support of this Motion is filed herewith.

Wherefore, the Plaintiff asks that the Court to preliminarily approve the Settlement Agreement, certify a settlement class, appoint the Plaintiff as class representative and his counsel as class counsel, certification of class for settlement only, authorize notice and set a final approval hearing in this action and such other relief that may be necessary or appropriate.

Respectfully submitted,

Dated: September 8, 2022

By:   /s/ Emanwel J. Turnbull

Emanwel J. Turnbull
CPF# 1606210269
THE HOLLAND LAW FIRM, P.C.
914 Bay Ridge Rd, Ste 230
Annapolis, MD 21403
Telephone: (410) 280-6133
Facsimile: (410) 280-8650

eturnbull@hollandlawfirm.com

Peter A. Holland
CPF# 9212160067
THE HOLLAND LAW FIRM, P.C.
914 Bay Ridge Rd. Ste 230
Annapolis, MD 21403
Telephone: (410) 280-6133
Facsimile: (410) 280-8650
peter@hollandlawfirm.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2022, I served the foregoing on counsel of record for each defendant via ECF

*/s/Emanwel J. Turnbull*
EMANWEL J. TURNBULL
